UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTREBERTO PEREZ, et al., Plaintiffs, v. COMMERICAL FLOORING SOLUTIONS, INC., Defendant. | Case No. 18-cv-04752-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the mediator's certification (Dkt. No. 22) and the Motion to Withdraw (Dkt. No. 23) that four of the five plaintiffs have reached a settlement agreement with the defendant, and the fifth plaintiff, Mr. Ngirachitei, has not responded to his counsel's many attempts to get him to prosecute the case. Therefore, it is ordered that this case is dismissed without prejudice. All deadlines and hearings in the case are vacated. The defendant and the four settling plaintiffs retain the right to reopen this action with 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

Dismissal as to Mr. Ngirachitei is under Federal Rule of Civil Procedure 41(b). Dismissal is without prejudice, but will become with prejudice if he does not file a motion to reopen the case within the 60 days. Mr. Wu is ordered to serve this Order and an explanation of it on Mr. Ngirachitei. Mr. Wu must then file proof of service on the docket, at which time the Motion to Withdraw will be granted.

**IT IS SO ORDERED.**

Dated: April 1, 2019

_____
VINCE CHHABRIA
United States District Judge